No. 04–9695.   ALLEN *v.* SOLOMON, SUPERINTENDENT, ODOM CORRECTIONAL INSTITUTION.   C. A. 4th Cir.   Certiorari denied.

No. 04–9699.   BAYLIFF *v.* NORTH CAROLINA ET AL.   Ct. App. N. C.   Certiorari denied.

No. 04–9705.   RILEY *v.* SUPREME COURT OF LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 04–9741.   LUEBBE *v.* BOOTH ET UX.   Ct. App. Tex., 12th Dist.   Certiorari denied.

No. 04–9818.   TERRY *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 04–9855.   MOSES *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 04–9856.   GUERRERO LOPEZ *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 04–9861.   BUCULEI *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 04–9866.   CURRY *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 04–9868.   REYES-HERNANDEZ *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 04–9877.   KLIMAWICZE *v.* ILLINOIS.   App. Ct. Ill., 2d Dist.   Certiorari denied.

No. 04–9882.   CATER *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 04–9884.   CALLENDER *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 04–9886.   STEVENSON *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 04–9888.   RAMOS-CARTAGENA *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.